# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 20, 2005

Clifford W. Taylor,
Chief Justice

128474

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL REINHARDT and ANTHONY OTERO,
          Plaintiffs-Appellants,

v

DIOCESE OF LANSING, BISHOP CARL F. MENGELING, BISHOP JAMES MURRAY, ARCHDIOCESE OF SANTA FE, ARCHBISHOP MICHAEL JAROBE SHEEHAN, ROBERT F. SANCHEZ, f/k/a ARCHBISHOP ROBERT F. SANCHEZ, THE SERVANTS OF THE PARACLETE, ARCHDIOCESE OF DETROIT, CARDINAL ADAM JOSEPH MAIDA, and JASON B. SIGLER, f/k/a FATHER JASON SIGLER,
          Defendants-Appellees.

SC: 128474
COA: 257912
Wayne CC: 03-326699-NZ

_____/

On order of the Court, the application for leave to appeal the January 20, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

WEAVER, J., would grant leave to appeal.

KELLY, J., dissents and states as follows:

Because the Court of Appeals decision is based on its decision in *Doe v Roman Catholic Archbishop of Archdiocese of Detroit*, 264 Mich App 632 (2004), and because I believe *Doe* was wrongly decided, I would reverse the Court of Appeals decision in this case. The trial court's denial of summary disposition for defendant should be affirmed.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 20, 2005

*Corbin R. Davis*
Clerk

t1017